**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7848**

─────────────

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

      versus

LEROY DAVIS,

                                   Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (CR-95-120-F, CA-98-748-5-F)

─────────────

Submitted:  February 21, 2002         Decided:  March 5, 2002

─────────────

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Leroy Davis, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Davis appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appeal-ability and dismiss the appeal on the reasoning of the district court. See United States v. Davis, Nos. CR-95-120-F; CA-98-748-5-F (E.D.N.C. Sept. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED